# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| BILLY J. BABB, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 10-49-P-H |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

I have read the Magistrate Judge's Report and Recommended Decision. I have read the plaintiff's objection and the defendant's response. I have reviewed the entire record. I provided the opportunity for oral argument on February 16, 2011. Upon *de novo* review, I **AFFIRM** the Recommended Decision for the reasons stated therein. I also conclude that the argument that the plaintiff qualifies under Listing 11.03 was not properly preserved.

SO ORDERED.

DATED THIS 16TH DAY OF FEBRUARY, 2011

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**